IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE PARKINSON, | ) 1:18-cv-01869 |
| Plaintiff, | ) Judge Edmond E. Chang<br>) Magistrate Judge Jeffrey Cole |
| v. | ) |
| | ) JURY DEMAND |
| PNC BANK, NATIONAL ASSOCIATION, *et al.* | ) |

**DEFENDANTS, PNC BANK, A NATIONAL ASSOCIATION, WILLIAM S. DEMCHAK, SARAH T. GREGGERSON, CHRISTINA COTTRELL, and AMY TOLLER'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and (6)**

Defendants, PNC Bank, a National Association, WILLIAM S. DEMCHAK, SARAH T. GREGGERSON, CHRISTINA COTTRELL, and AMY TOLLER, (collectively "PNC Bank") by their attorneys, Gary E. Green and Pamela J. Leichtling, move this Court to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12 (b)(1) and (6) and states as follows:

1. On March 14, 2018, Plaintiff filed her thirty-four (34) Count Complaint, asserting multiple claims against PNC Bank for allegedly filing an improper foreclosure action styled as *PNC Bank v. Michelle Parkinson*, in the Circuit Court of Cook County, Illinois, docket no. 15 CH 12248. ("Foreclosure Action").

2. The Complaint should be dismissed with prejudice because this Court lacks subject matter jurisdiction under the *Rooker-Feldman* doctrine since Plaintiff is alleging claims and injuries caused to her by the state court foreclosure proceeding. In the Foreclosure Action, the court dismissed Plaintiff's "Third Amended Counter –Complaint" ("TACC") with prejudice on December 14, 2017. The TACC alleged the same claims as alleged in the instant complaint. The state court order was final and appealable. Plaintiff failed to file a notice of appeal in the

Illinois Appellate Court, but instead filed this action seeking to re-litigate the issues previously decided by the state foreclosure court. Fed. R. Civ. P. 12 (b)(1).

3. Plaintiff's claims are barred by the doctrine of Res Judicata for the same reasons as those supporting dismissal pursuant to the *Rooker-Feldman* doctrine.

4. Dismissal of the Complaint is warranted because in all thirteen (13) counts directed against PNC Bank, Plaintiff fails to allege a claim upon which relief can be granted. Further, many of the alleged claims are time barred by the applicable statute of limitations.

5. In support of PNC Bank's Motion to Dismiss, PNC Bank attaches its supporting Memorandum of Law.

WHEREFORE, Defendants, PNC BANK, A NATIONAL ASSOCIATION, WILLIAM S. DEMCHAK, SARAH T. GREGGERSON, CHRISTINA COTTRELL, and AMY TOLLER, pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice and award any and all other relief the Court deems just and equitable.

Date: June 29, 2018

Gary E. Green (ggreen@clarkhill.com)
ARDC No. 6199484)
Pamela J. Leichtling (pleichtling@clarkhill.com)
ARDC No. 6183213
CLARK HILL PLC
130 East Randolph Street | Suite 3900
Chicago, Illinois 60601
T: (312) 985-5900 | F: (312) 985-5999

Respectfully submitted,

**PNC BANK, N.A., WILLIAM S. DEMCHAK, SARAH T. GREGGERSON, CHRISTINA COTTRELL and AMY TOLLER,**

By: */s/Pamela J. Leichtling*
    One of Their Attorneys

2