**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHELLE PARKINSON, | ) | 1:18-cv-01869 |
| | ) | |
| Plaintiff, | ) | Judge Edmond E. Chang |
| | ) | Magistrate Judge Jeffrey Cole |
| v. | ) | |
| | ) | JURY DEMAND |
| PNC BANK, NATIONAL ASSOCIATION, *et al.* | ) | |

**DISCLOSURE OF CORPORATE INTEREST**

Pursuant to Local Rule 3.2 of the Northern District of Illinois, Defendant PNC Bank, National Association, by its undersigned counsel, hereby provides the following corporate disclosure statement:

The PNC Financial Services Group, Inc. is a financial holding company trading under the symbol "PNC" on the New York Stock Exchange. PNC Bank, National Association is a national banking association and is an indirect subsidiary of The PNC Financial Services Group, Inc.

Date: February 25, 2019

Gary E. Green (ggreen@clarkhill.com)
ARDC No. 6199484)
Pamela J. Leichtling (pleichtling@clarkhill.com)
ARDC No. 6183213
CLARK HILL PLC
130 East Randolph Street | Suite 3900
Chicago, Illinois  60601
T: (312) 985-5900 | F: (312) 985-5999

Respectfully submitted,

**PNC BANK, N.A., WILLIAM S.
DEMCHAK, SARAH T.
GREGGERSON, CHRISTINA
COTTRELL and AMY TOLLER**,

By:  /s/*Pamela J. Leichtling*
        One of Their Attorneys

219889563.1 19865/329358

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 25, 2019, she caused a true and correct copy of the foregoing *Disclosure of Corporate Interest*, to be filed and served upon the following parties by the manner listed.

### CM/ECF Service List

| | |
|---|---|
| Shirley Ruth | scalloway@atg.state.il.us |
| Robert J. Deisinger | rdeisinger@alolawgroup.com |
| Robert Edward Haney | rhaney@noonanandlieberman.com |
| Mitchell Aaron Lieberman | mlieberman@noonanandlieberman.com |
| John Power | John.Power@cookcountyil.gov |
| Anthony E. Zecchin | Anthony.zecchin@cookcountyil.gov |

Michelle Parkinson
5646 West Eastwood
Chicago, Illinois  60630
Email: stopthefraud7889@gmail.com

*/s/ Pamela J. Leichtling, Esq.*