UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| MICHELLE PARKINSON ) | |
| ) | |
| Plaintiff ) | Case No. 1:18-cv-01869 |
| ) | Honorable Edmond E. Chang |
| v. ) | Magistrate Judge Jeffrey Cole |
| ) | |
| PNC BANK, NATIONAL ASSOCIATION, et al ) | |
| ) | **JURY DEMAND** |
| ) | |
| Defendants ) | |

**AFFIDAVIT FOR STATEMENT OF THE COURT; DOCKET NUMBER 266 & (EXHIBITS) 266-1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 ARE NOT LISTED IN THE ELECTROINIC DOCKET AS REQUIRED BY LAW PER FRCP; RULE 79**

Now comes, the Undersigned, Michelle Parkinson on behalf of herself and in support of her states under oath as follows:

1. In reviewing the Docket it has come to Plaintiff's attention that Docket Number 266 and **(EXHIBITS) 266-1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12** as **EXHIBIT 1** are not listed in the Electronic docket of Federal Court of the Northern District of Illinois, as **EXHIBIT 2.** Docket number 266 was entered on 8/12/2019 at 2:54AM AM CDT and filed on 8/12/19 as shown below and attached as **EXHIBIT 3.**

2. As previously stated in the docket numbers named above, (that the Court does not want to be part of the record). The Clerk is required by law under Rule 79. "Records Kept by the Clerk" to do as follows:

   *(2) Items to be Entered. The following items **must be** marked with the file number and entered chronologically in the docket:*

   *(A) papers filed with the clerk;*

4. The Clerk is required by law under Rule 79. "Records Kept by the Clerk" to do as follows:

   *(2) Items to be Entered. The following items must be marked with the file number and entered chronologically in the docket:*

    *(B) papers filed with the clerk;*

3. Failure to abide by the rules of the Court means that the Clerk of the Court and the other co-conspirators are knowing and willful participants in any illegal actions that is allegedly being taken place in this instant action.

4. There is a Minute Entry and not a Minute Order that was issued today **August 19, 2019** by Sandra Brooks. However; the Northern District of Illinois Court's website under "Judges Not Hearing Motions" states that Judge Edmond E. Chang will be out of the office from August 14, 2019 through August 19, 2019 as below and as **EXHIBIT 4**

The Honorable Edmond E. Chang

**The Honorable Edmond E. Chang** will be absent from the Court on the following date(s):

August 14, 2019 through August 19, 2019

All matter routine and emergency to be referred to the Courtroom Deputy, Sandra Brooks at (312) 408-5121.

5. It does not go unnoticed that in Sandra Brooks'/aka SLB Minute Entry 273 (see below) she does not mention [R. 266] which was clearly entered into the docket. That being said, a clerk cannot act as judge and render judgments on Plaintiff's motion.

> 08/19/2019 273 MINUTE entry before the Honorable Edmond E. Chang: Plaintiff's motion 269 inquiring about codes and motion 271 inquiring about minute entries are denied. Final judgment was entered, R. 252, and the motions do not relate to the judgment. Emailed notice (slb, )

6. Further, the entry could **NOT** have been before Judge Chang as he was absent from the court from August 14, 2019-August 19, 2019.

7. Sandra Brooks bears the title of Clerk not Judge. Therefore; any alleged orders not issued by a judge and rendered and entered by her were and are void from their inception.

8. Even if this was a valid Order and not an Entry. Judge Chang would have to be working on the day the "**Entry**" was entered. In addition Judge Chang has to tell the Clerk what to write and enter into the docket.

9. Further, a check of the Judge's Daily Calendar further supports this fact as it shows that Judge Chang showed no scheduled hearing on 8-19-2019 as shown below: (Judge last names ending form " A-D")

Daily Calendar

Printable Text Version of Daily Court Call

Please click on a last name to view daily calls for that judge:
Bucklo | Castillo | Cole | Coleman | Cox | Dow | Durkin | Feinerman | Finnegan | Fuentes | Gettleman | Jensen | Kendall | Kennelly | Kim | Lee | Schenkier | Valdez | Weisman |

Monday, August 19, 2019

- Monday, August 19, 2019
- Tuesday, August 20, 2019
- Wednesday, August 21, 2019
- Thursday, August 22, 2019
- Friday, August 23, 2019
- Monday, August 26, 2019

Judge Elaine E. Bucklo
Courtroom 2243 (EEB)   4

| Case # | Name | Time | Type |
|---|---|---|---|
| | Cornell v. Grane Logistics Express, LLC | 09:30AM | Motion Hearing |
| | USA v. Cancino | 10:00AM | Status Hearing |
| | USA v. Garrett | 10:00AM | Motion Hearing |
| | USA v. Garrett | 10:00AM | Status Hearing |

Judge Ruben Castillo
Courtroom 2541 (RC)   2

| Case # | Name | Time | Type |
|---|---|---|---|
| | Woods v. Amazon.com LLC | 09:30AM | Jury Trial |
| | Johnson v. Amazon.com LLC | 09:30AM | Jury Trial |

**Magistrate Judge Jeffrey Cole**
**Courtroom 1003 (JC)** 4

For the latest motion rulings please refer to the Call Sheet posted on the web page of Judge Cole.

| Case # | Name | Time | Type |
|---|---|---|---|
| | Reed v. Doe | 08:30AM | Magistrate Status Hearing... |
| | Reed v. Doe | 08:30AM | Notice of Motion |
| | USA v. Nammari | 08:30AM | Bond Hearing |
| | USA v. Stevens | 09:00AM | Arraignment |

**Judge Sharon Johnson Coleman**
**Courtroom 1241 (SJC)** 5

| Case # | Name | Time | Type |
|---|---|---|---|
| | Maisonet v. Molina | 09:00AM | Status Hearing |
| | Williamson v. Ortiz | 09:00AM | Status Hearing |
| | Martinez v. Johnson, Blumberg & Associat... | 09:00AM | Status Hearing |
| | Pacific Construction Services, Inc. v. S... | 09:00AM | Status Hearing |
| | USA v. Immel | 10:00AM | Jury Trial |

**Magistrate Judge Susan E. Cox**
**Courtroom 1025 (SEC)** 3

| Case # | Name | Time | Type |
|---|---|---|---|
| | USA v. Speed | 10:00AM | Detention Hearing |
| | USA v. Brown | 01:30PM | Detention Hearing |
| | USA v. Castillo, Jr. | 01:30PM | Detention Hearing |

**Judge Robert M. Dow**
**Courtroom 2303 (RMD)** 7

| Case # | Name | Time | Type |
|---|---|---|---|
| | USA v. Soberanis | 09:00AM | Motion Hearing |
| | USA v. Franklin | 09:00AM | Status Hearing |
| | USA v. Franklin | 09:00AM | Status Hearing |
| | Durham v. Majock | 09:15AM | Status Hearing |
| | Coleman v. Brown | 09:15AM | Status Hearing |
| | Exelon Business Services Company, LLC. v... | 09:20AM | Bench Trial |
| | USA v. Khoury | 12:30PM | Status Hearing |

**Judge Thomas M. Durkin**
**Courtroom 1441 (TMD)** 2

| Case # | Name | Time | Type |
|---|---|---|---|
| | TCF Inventory Finance, Inc. v. Pathway A... | 09:00AM | Notice of Motion |

TCF Inventory Finance, Inc. **v.** Pathway A...        09:00AM        Status Hearing

10. Plaintiff's motions were scheduled to be heard on 8-20-2019. Her case was listed on the Docket as late as 8-18-19. However; a check of the Judge's Daily Calendar shows that the case has been removed from the docket. It is also common for the Illinois state courts to fail to enter motions to be heard in the docket.

11. Contrary to the entry made on 8-13-2019 by the Clerk with the initials of "mc" as shown below. Plaintiff did **NOT** file her notice for presentation of motion [R. 266 & Exhibits 266-1thru 12] in error. Further she did not ask the Court to remove her notice to present [R.266 & Exhibits 266-1thru 12] from the docket. Therefore, presentation of [R 267] was not entered in error and the presentation of said motion still stands.

> 08/12/2019 267 DOCUMENT FILED IN ERROR (Parkinson, Michelle) Modified on 8/13/2019 (mc, ).

12. The Court refusal's to enter [R. 266] into the docket is on information and belief just another attempt to Court's complicity it this ongoing "Fraud Upon the Court."

13. DOCKET NUMBER 266 & (EXHIBITS) 266-1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 are being re-filed again as the Clerks refuses to enter them into the docket and a motion needs to in the docket in order to be heard.

Plaintiff further states naught.

                                                  Respectfully submitted,
                                                  /s/Michelle Parkinson

## AFFIDAVIT

The undersigned, Michelle Parkinson do hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of her knowledge and belief.
Dated the 19th day of August 2019

                                                  Respectfully submitted,

                                                  /s/Michelle Parkinson
                                                  Atty. For: Pro se
                                                  Address   5646 W. Eastwood
                                                  City/State: Chicago, IL 60630
                                                  (217) 697-4861

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the **AFFIDAVIT FOR STATEMENT OF THE COURT; DOCKET NUMBER 266 & (EXHIBITS) 266-1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 ARE NOT LISTED IN THE ELECTROINIC DOCKET AS REQUIRED BY LAW; PER FRCP RULE 79** was served by electronic filing with the Clerk of the Court (ECF) on this 19th day of August, 2019 which will send notice to and all parties of record.

                                                  /s/Michelle Parkinson

                                                  Name     Michelle Parkinson
                                                    Atty. For: Pro se
                                                  Address   5646 W. Eastwood
                                                  City/State: Chicago, IL 60630
                                                  (217) 697-4861