# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Michelle Parkinson

                          Plaintiff,

v.                                           Case No.: 1:18−cv−01869
                                                    Honorable Edmond E. Chang

PNC Bank, National Association, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 19, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Motions [274] and [277] are denied because (1) they were filed without a proper three−day presentment period under the Court's Case Management Procedure; and (2) are premised on the frivolous notion that if a judge does not have an in−court sitting available on a particular date, then the judge is somehow disabled from issuing orders on that date. Emailed notice(Chang, Edmond)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.